NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NHK SEATING OF AMERICA, INC.,**
*Appellant*

**v.**

**LEAR CORPORATION,**
*Cross-Appellant*

---

2017-1888, 2017-1940

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00925.

---

**JUDGMENT**

---

JOHN F. RABENA, Sughrue Mion PLLC, Washington, DC, argued for appellant. Also represented by WILLIAM MANDIR, YOSHINARI KISHIMOTO.

FRANK A. ANGILERI, Brooks Kushman PC, Southfield, MI, argued for cross-appellant. Also represented by JOHN M. HALAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 6, 2018 | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |